**Order entered October 26, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00937-CV

### SHERRY XIAOHUA XING, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-1296-W-304**

## ORDER

Before the Court is appellant's October 18, 2016 motion of appeal to establish mother's right and family reunion to daughter. The Court **DENIES** appellant's motion, in accordance with the opinion of this date.

/s/    DOUGLAS S. LANG
        JUSTICE